Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT

for the Southern

District of Texas

Houston Division

United States Courts
Southern District of Texas
FILED

JAN 21 2020

David J. Bradley, Clerk of Court

Kevin Andrew Powe

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Patricia Ann Stephens, Judge of the Alabama 10th Judicial Circuit

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*    Yes    No ✓

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin Andrew Powe |
| Street Address | 12203 Lakewood Glen CT |
| City and County | Cypress/Harris |
| State and Zip Code= | Texas 77429 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|                          |                          |
|--------------------------|--------------------------|
| Telephone Number         | (205) 422-6825           |
| E-mail Address           | powekv@aim.com           |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

|                          |                                             |
|--------------------------|---------------------------------------------|
| Name                     | Patricia Ann Stephens                       |
| Job or Title *(if known)*| Circuit Judge, Jefferson County, Alabama    |
| Street Address           | 2124 7th Avenue North, Suite 210            |
| City and County          | Birmingham/Jefferson                        |
| State and Zip Code       | Alabama 35203                               |
| Telephone Number         | (205) 325-5406                              |
| E-mail Address *(if known)* |                                          |

Defendant No. 2

|                          |    |
|--------------------------|----|
| Name                     |    |
| Job or Title *(if known)*|    |
| Street Address           |    |
| City and County          |    |
| State and Zip Code       |    |
| Telephone Number         |    |
| E-mail Address *(if known)* | |

Defendant No. 3

|                          |    |
|--------------------------|----|
| Name                     |    |
| Job or Title *(if known)*|    |
| Street Address           |    |
| City and County          |    |
| State and Zip Code       |    |

        Telephone Number

        E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    Federal question ✓          Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

    42 U.S.C. § 1983
    U.S. Const. Amend. V (Due Process Clause)
    U.S. Const. Amend. XIV, § 1 (Due Process Clause)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1.    The Plaintiff(s)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the

        State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of

        the State of *(name)* _____. Or is a citizen of

        *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Claim 1: On August 3, 2017, the Plaintiff in this civil suit was summoned from Texas to appear at a *rule nisi* hearing in Birmingham, AL to answer charges of civil contempt for unfounded claims of owing almost $250,000 in child support arrearages. Patricia A. Stephens acting under color of law as judge knowingly and maliciously violated Constitutional due process by imposing a sentence of 315 days in jail for civil contempt without a trial based only on the false statements and the fraudulent, manufactured evidence of a prosecuting attorney although sufficient evidence was presented in court that the allegations were entirely false. This sentence was agreed by all parties and ordered to be removed, purging contempt, if a monthly payment of $550 was made from that point forward and a hearing for determination of compliance was set six months afterwards.

Claim 2: On February 1, 2018, the Defendant of this Federal civil suit, Stephens, violated Constitutional due process once again by remanding the Plaintiff to custody to begin serving the originally imposed sentence without a trial, although the August 2017 binding memorandum agreement was followed exactly and was proven in court on the date of this hearing. In addition, Stephens ordered $10,000 to be paid to the Plaintiff's attorney in full as condition of release from custody, resulting in the unlawful deprivation of liberty and property.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

The Plaintiff asks the court to award monetary damages for financial losses suffered directly and indirectly from the Defendant's unwillingness or inability to conduct herself as an impartial adjudicator with integrity in legal proceedings as a duly elected judge. The court is also asked to award punitive damages for gross indifference to constitutionally protected civil rights of due process in clear and reprehensible violation of her Oath of Office. The sum of these damages is **$527,353**. As the veracity of the Plaintiff's complaint is a matter of public record and the U.S. Supreme Court bars the defense of qualified immunity to § 1983 because constitutional laws were knowingly and maliciously violated in bad faith under color of law, a defense of opposition would be inherently dubious and frivolous, unnecessarily prolonging this proceeding. Therefore, the Plaintiff asks for treble damages in the amount of **$1,582,059** if this suit goes to trial.

| | |
|---|---|
| Unlawful court ordered payment | $10,000 |
| Attorneys' fees | $6,493 |
| CPA Services | $4,025 |
| Legal Research | $7,100 |
| Federal Court Costs | $1,305 |
| Punitive | $250,000 |
| Lost Future Wages | $248,430 |
| | |
| Total without trial | **$527,353** |
| Trial award total | **$1,582,059** |

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     January 21, 2020

Signature of Plaintiff

Printed Name of Plaintiff     Kevin Andrew Powe

### B. For Attorneys

Date of signing:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |